UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  Case No.:  2:23-cv-475-SPC-KCD

MICHAEL J. CONNORS,
PROTOUCH MARKETING, LLC,
WOODFORD HILLS, LLC,
OAKHILL RESEARCH, LLC,
EVERGREEN MARKETING, LLC,
STERLING HEALTH, LLC and
CLARA VISTA MEDIA, LLC,

    Defendants.
_____/

## **ORDER**

Before the Court is the parties' Joint Motion for Entry of Stipulated Order (Doc. 2).  Attached is the Stipulated Order for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief (Doc. 2-1) and the United States' Reasons for Settlement (Doc. 2-2).

In its Motion, the parties state they have resolved all issues in dispute in this action and request the Court enter the attached stipulated Order as its final order and judgment in the case.  (Doc. 2).

After review, the Court grants the Motion, approves the Consent, and will enter the Judgment.

Accordingly, it is now

**ORDERED:**

1. The Joint Motion for Entry of Stipulated Order (Doc. 2) is **GRANTED**.

2. The Court will enter the Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief under separate cover.

3. Following the entry of the Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief, the Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE and ORDERED** in Fort Myers, Florida on July 26, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record